[No. 74526-3-I.   Division One.   June 12, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD JANEL
LEGRONE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 13-1-13558-9, Roger Rogoff, J., entered January
4, 2016. *Affirmed in part* and *remanded with instructions*
by unpublished opinion per Leach, J., concurred in by
Appelwick and Schindler, JJ.

[No. 74559-0-I.   Division One.   June 12, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DESTRY ADAM
SCHNEBLY, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 15-1-00185-4, Janice E. Ellis, J., entered
December 10, 2015. *Affirmed* by unpublished opinion per
Trickey, J., concurred in by Verellen, C.J., and Cox, J.

[No. 74567-1-I.   Division One.   June 12, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PATRICK
BLACKMON, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 12-1-00219-8, Michael T. Downes, J.,
entered January 6, 2016. *Affirmed* by unpublished opinion
per Leach, J., concurred in by Verellen, C.J., and Spearman, J.

[No. 74618-9-I.   Division One.   June 12, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CYNTHIA SUE
BARROWS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 14-1-00543-1, Dave Needy, J., entered Decem-
ber 16, 2015. *Affirmed* by unpublished opinion per Trickey,
A.C.J., concurred in by Appelwick and Dwyer, JJ.